1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE R. LOO
4  Special Assistant United States Attorney
   California State Bar 162029
5         333 Market Street, Suite 1500
          San Francisco, California 94105
6         Tel: (415) 977-8927
          Fax: (415) 744-0134
7         Email: Katherine.Loo@ssa.gov

8  Attorneys for defendant Michael J. Astrue,
          Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TERRY W. McCLUNEY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-08-06026-CT<br><br>[~~PROPOSED~~] JUDGMENT OF ~~REMAND~~ |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: 10/29/08

_____
HON. CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ - Katherine R. Loo
KATHERINE R. LOO
Special Assistant United States Attorney

Attorneys for Defendant